RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Melissa Ann Heil

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MELISSA ANN HEIL,<br><br>            Defendant. | Case No. 2:22-mj-00941-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Melissa Ann Heil, that the revocation of pretrial release currently scheduled on Wednesday, November 1, 2023, at 1:00 p.m., be vacated and advanced to Tuesday, October 31, 2023, or in the alternative, to any other day the week of October 30, 2023; or to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Ms. Heil has a conflict on November 1st.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the bench trial.

DATED this 26th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | *By: Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELISSA ANN HEIL,<br><br>　　　　Defendant. | Case No. 2:22-mj-00941-NJK-1<br><br>ORDER |

　　IT IS THEREFORE ORDERED that the revocation of pretrial release currently scheduled on Wednesday, November 1, 2023, at 1:00 p.m., be vacated and continued to __10/31/2023__ at the hour of _10_ : _00_ _a_.m.

　　DATED this _30_ day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3